

# Fourth Court of Appeals
## San Antonio, Texas

December 22, 2021

No. 04-21-00461-CR

D'Andria **BALDERRAMA,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR6542
Honorable Melisa C. Skinner, Judge Presiding

## O R D E R

The reporter's record was due on December 6, 2021. After the due date, court reporter Mary Beth Sasala filed a notice of late reporter's record. The notice states Appellant has not paid the fee for preparing the reporter's record and Appellant is not entitled to a free record on appeal.

We ORDER Appellant to provide written proof to this court within TEN DAYS of the date of this order that the reporter's record has been requested and either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee, or (2) Appellant is entitled to appeal without paying the reporter's fee.

If Appellant fails to respond as ordered, Appellant's brief will be due within THIRTY DAYS of the date of this order, and the court will only consider those issues or points raised in Appellant's brief that do not require a reporter's record for a decision. *See* Tex. R. App. P. 37.3(c).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of December, 2021.

MICHAEL A. CRUZ, Clerk of Court